**Opinion issued March 24, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00836-CR

————————————

## IN RE HENRY JAMES GRADNEY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Henry James Gradney, acting pro se, has filed a petition for writ of mandamus requesting that the trial court "give time served or reasonable bail" in the underlying case.[1] We deny the petition.

---

[1] The underlying case is *The State of Texas v. Henry James Gradney*, cause number 1591328, pending in the 337th District Court of Harris County, Texas, the Honorable Herb H. Ritchie presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).